## WARD *v.* THE STATE.

From the Porter Circuit Court.

*T. J. Merrifield, W. Johnston,* and *H. Binnaman,* for appel-lant.

*J. C. Denny,* Attorney General, for the State.

BIDDLE, J.—Indictment and conviction for selling liquor to a person who was in the habit of getting intoxicated.

A motion by the appellant to quash the indictment was overruled. This is assigned for error.

The indictment charges the appellant with selling "one pint of liquor, at and for the sum of ten cents." It contains no averment that the liquor was intoxicating. The statute prohibits the sale of "intoxicating liquors" only. We scarcely need to remark that there are many kinds of liquors which are not intoxicating. The indictment should have been quashed.

The judgment is reversed; the cause is remanded, with instructions to sustain the motion to quash the indictment.